# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Alexis Hidalgo, et al
*Defendant*

Case No. 13cr10017 JLT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Leakana Om

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information [ ] Complaint
[ ] Probation Violation Petition [ ] Supervised Release Violation Petition [ ] Violation Notice [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

Date: 1/16/2013

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

WARRANT EXECUTED BY FBI
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 1/17/2013

*Arresting officer's signature*

*Printed name and title*