UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                                          DOCKET NO. 2013-CR-10017-JLT

LEAKANA OM

MOTION TO EXTEND CURFEW

NOW COMES the defendant, Leakana Om, by and through counsel, and moves this Court to extend the hours of her pretrial release curfew.

In support thereof, the defendant states of follows:

1. The defendant, Leakana Om currently has a curfew set for 7:00 p.m.
2. Subsequent to the conditions of her release being set by this Court, the defendant obtained a job at the Ebi Sushi Japanese Cuisine in Somerville, Massachusetts
3. The defendant's work hours usually require that she be out of her home until 11:30 p.m.
4. That Emily Cummings of the U.S. Attorney's Office has no objection to the Motion to Extend.
5. Based upon information and belief, the defendant's pretrial services officer has no objection to extending the defendant's curfew.

Wherefore, the defendant, respectfully requests that the Court grant the enclosed Motion to Extend Curfew.

                                                                  Respectfully submitted
                                                                  Leakana Om
                                                                  By her Attorney,

DATE:   April 12, 2012                                                              /S/Paul J. Garrity_____
                                                                                                                    Paul J. Garrity
                                                                                                                    Bar No. 555976

                                                14 Londonderry Road
                                                Londonderry, NH  03053
                                                603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, do hereby certify that on this 12th day of April, 2013, a copy of the within Motion to Extend Curfew has been efiled to all parties on record and mailed to Leakana Om.

                                                /S/Paul J. Garrity_____
                                                Paul J. Garrity