UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10017-RWZ |
| | ) | |
| ALEXIS HIDALGO, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Doreen M. Rachal, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By:  */s/ Doreen M. Rachal*
DOREEN M. RACHAL, B.B.O. #667837
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date:   April 21, 2016         doreen.rachal@usdoj.gov

## CERTIFICATE OF SERVICE

I, Doreen M. Rachal, Assistant United States Attorney, hereby certify that the foregoing Notice of Appearance was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Doreen M. Rachal*
Doreen M. Rachal
Assistant United States Attorney

Date:   April 21, 2016